**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Building Design Concepts, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Monty Anderson Construction Group** <br> **FKA  Building Designs & Consulting Inc.** <br> **FDBA  Castle Homes of Florida** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-1944367** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11537 Lake Underhill Road** <br> **Orlando, FL 32825** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

Debtor    **Building Design Concepts, Inc.**                                  Case number (*if known*) _____

        Name

7.    **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

8.    **Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9.    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

10.   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship to you | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

Debtor    **Building Design Concepts, Inc.**                              Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?** *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    . *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Building Design Concepts, Inc.** | | Case number (*if known*) | |
| | Name | | | |

---

**Request for Relief, Declaration, and Signature**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 25, 2016**
　　　　　　　　MM / DD / YYYY

**X** **/s/ Monty Anderson**                          **Monty Anderson**
　　 Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ David R. McFarlin**                     Date   **March 25, 2016**
　　 Signature of attorney for debtor                          MM / DD / YYYY

**David R. McFarlin**
Printed name

**Fisher Rushmer, P.A.**
Firm name

**390 North Orange Avenue**
**Suite 2200**
**Orlando, FL 32801-1642**
Number, Street, City, State & ZIP Code

Contact phone   **407-843-2111**          Email address

**328855**
Bar number and State

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Building Design Concepts, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 25, 2016**        X **/s/ Monty Anderson**
                                       Signature of individual signing on behalf of debtor

                                       **Monty Anderson**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Building Design Concepts, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................... $     0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................. $     142,514.39

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................................. $     142,514.39

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     56,635.64

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................... $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................................ +$     659,357.37

4. **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b          $     715,993.01

**Fill in this information to identify the case:**

Debtor name    **Building Design Concepts, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Regions Bank, in the name of Client Funding, Inc., for the benefit of Debtor** | **Checking Account** | 0021 | $4,819.00 |
| 3.2. **Regions Bank** | **Checking Account** | 6103 | $91.41 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $4,910.41
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. **Security deposit to landlord ($1,435.87, subject to setoff)** | $0.00 |
|---|---|
| 7.2. **Cash bond deposit for Searles lien in St. Johns County, FL ($112,588.91, subject to setoff)** | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Building Design Concepts, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                                                      $0.00

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 26,261.71 | - | 26,261.71 | =.... | $0.00 |
| 11a. 90 days old or less: | 66,000.00 | - | 66,000.00 | =.... | $0.00 |
| 11b. Over 90 days old: | 22,296.34 | - | 22,296.34 | =.... | $0.00 |
| 11b. Over 90 days old: | 38,126.05 | - | 38,126.05 | =.... | $0.00 |
| 11b. Over 90 days old: | 29,000.00 | - | 29,000.00 | =.... | $0.00 |
| 11b. Over 90 days old: | 80,853.98 | - | 0.00 | =.... | $80,853.98 |

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                              $80,853.98

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Debtor | **Building Design Concepts, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture as listed on the attached exhibit** | $0.00 | **Mgmt Opinion** | $3,350.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer $100; 3 double-screen computers $150; TV $150; DVD producer $50** | $0.00 | **Mgmt Opinion** | $450.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | $3,800.00 |
|---|---|---|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:**  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2015 Ford F-150 Truck** | $38,343.75 | **Comparable sale** | $38,000.00 |
| 47.2. | **2013 Ford Transit Connect Truck** | $12,242.54 | **Comparable sale** | $8,000.00 |

---

Schedule A/B Assets - Real and Personal Property

Debtor    **Building Design Concepts, Inc.**                                    Case number *(if known)* _____
            Name

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
|---|---|---|---|---|
| 48.1. | **Cabinet trailer** | $0.00 | Comparable sale | $4,500.00 |
| 48.2. | **Tool trailer** | $0.00 | Comparable sale | $750.00 |
| 48.3. | **Flatbed trailer** | $0.00 | Comparable sale | $1,700.00 |

| 49. | **Aircraft and accessories** |
|---|---|

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** |
|---|---|

**51.    Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

> $52,950.00

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. | **Notes receivable** |
|  | Description (include name of obligor) |
| 72. | **Tax refunds and unused net operating losses (NOLs)** |
|  | Description (for example, federal, state, local) |
| 73. | **Interests in insurance policies or annuities** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Building Design Concepts, Inc.**
          Name                                            Case number *(If known)* _____

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

       **Potential cause of action**                                          **Unknown**

       Nature of claim        **Tortious interference**
       Amount requested                        **$0.00**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                              **$0.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Building Design Concepts, Inc.**                    Case number *(If known)* _____
                Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,910.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $80,853.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $52,950.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $142,514.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $142,514.39 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

## SCHEDULE A/B - QUESTION NO. 39

## OFFICE FURNITURE

| Number | Description | Amount |
|---|---|---|
| | **Office 1** | |
| | Desk | 25.00 |
| 2 | End tables | 75.00 |
| | Folding table | 25.00 |
| | Lamp | 15.00 |
| | Chair | 25.00 |
| | Artificial green plant | 10.00 |
| | **Conference Room** | |
| | Conference table | 150.00 |
| | Storage credenza | 100.00 |
| | Lamp | 15.00 |
| 2 | Bookcases | 100.00 |
| | Koch cabinet display | 250.00 |
| | Artificial green plant | 10.00 |
| 6 | Chairs | 60.00 |
| | **Office 2** | |
| 2 | Desks | 50.00 |
| | Small file cabinet | 50.00 |
| | Cubbie invoice holder | 10.00 |
| 4 | Chairs | 40.00 |
| | Small bookcase | 50.00 |
| | Large bookcase | 75.00 |
| 2 | File cabinets | 100.00 |

| | | **Office 3** | |
|---|---|---|---|
| | | Desk | 200.00 |
| 2 | | Large bookcases | 150.00 |
| | | Short bookcase | 50.00 |
| 2 | | Small fire-safe file cabinets | 100.00 |
| 3 | | Chairs | 30.00 |
| | | **Office 4** | |
| 3 | | Tall file cabinets | 30.00 |
| | | Large metal storage cabinet | 200.00 |
| | | Office supplies | 50.00 |
| | | **Kitchen/Storage** | |
| | | Refrigerator | 100.00 |
| | | Folding table | 25.00 |
| | | Plastic shelving | 10.00 |
| | | Microwave | 20.00 |
| | | Desk | 25.00 |
| | | Copier | 150.00 |
| | | Office supplies | 100.00 |
| | | **Office 5** | |
| | | Desk | 100.00 |
| | | Folding table | 25.00 |
| | | Chair | 10.00 |
| | | Small file cabinet | 50.00 |
| | | **Storage Room** | |
| | | Home show items | 230.00 |

|  | Ladder | 10.00 |
|---|---|---|
|  | Carpet squares | 250.00 |
|  | Home show booth | 100.00 |
|  | **General** | |
|  | Assorted pictures | 100.00 |
|  |  |  |
|  | Total | 3,350.00 |

**Fill in this information to identify the case:**

Debtor name    **Building Design Concepts, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

| 2.1 | **Ford Credit**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2015 Ford F-150 Truck** | **$43,848.88** | **$38,000.00** |
|---|---|---|---|---|

**PO Box 650575**
**Dallas, TX 75265-0575**
Creditor's mailing address

Describe the lien
**Vehicle Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**5100**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ford Credit**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2013 Ford Transit Connect Truck** | $12,786.76 | $8,000.00 |
|---|---|---|---|---|

**PO Box 650575**
**Dallas, TX 75265-0575**
Creditor's mailing address

Describe the lien
**Vehicle Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/29/13**
**Last 4 digits of account number**
**6441**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Building Design Concepts, Inc.**                    Case number (if know) _____
          Name

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative ☐ Unliquidated
priority.                              ☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $56,635.64 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name **Building Design Concepts, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AnneMarie & Harold Alderman**
**1030 SW 95 Terrace**
**Pembroke Pines, FL 33025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Home construction contract 2013**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$971.00** |
|---|---|---|---|

**All State Plumbing**
**540 East Minnehaha Ave**
**Clermont, FL 34711**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,857.99** |
|---|---|---|---|

**Allan Chow - Exeter Systems**
**837 Maple Tree Lane**
**Orlando, FL 32828**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,925.00** |
|---|---|---|---|

**American Residential Product**
**3905 Center Loop #300**
**Orlando, FL 32808**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Building Design Concepts, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00**

**Bachara Const Law Group**
**One Independent Drive**
**Suite 1800**
**Jacksonville, FL 32202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,166.00**

**Barry Reed Inc**
**1112 N Harbor Drive**
**Deltona, FL 32725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Richard & Katie Baxter**
**11901 Hilltop Drive**
**Clermont, FL 34711**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Home construction contract 2014__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,000.00**

**BDC Builders, Inc.**
**11537 Lake Underhill Road**
**Orlando, FL 32825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business loan__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brad & Carol Bennett**
**113 Hickory Hill Drive**
**Saint Augustine, FL 32095**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Home construction contract 2014__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$696.98**

**Bright House**
**PO Box 31337**
**Tampa, FL 33631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,139.68**

**Builders First Source**
**Florida-WOL LLC**
**PO Box 277126**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Building Design Concepts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,973.38** |
|---|---|---|---|

**Builders First Source**
**Florida LLC**
**6550 Roosevelt Blvd**
**Jacksonville, FL 32244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,906.08** |
|---|---|---|---|

**Campbell Quality Homes**
**& Roofing Inc**
**5950 Rocko Road**
**Port Orange, FL 32127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Steve & Pam Champney**
**428 Sebastian Square**
**Saint Augustine, FL 32095**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Home construction contract 2014

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,691.00** |
|---|---|---|---|

**CJS Aluminum, Inc**
**PO Box 574002**
**Orlando, FL 32857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,578.00** |
|---|---|---|---|

**D&D Garage Doors of Orlando**
**1177 Cattlemen Road**
**Sarasota, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,845.68** |
|---|---|---|---|

**D&S Home Centers, Inc**
**4206 N Orange Blossom Trail**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,039.56** |
|---|---|---|---|

**D.E.O. Construction, Inc**
**29319 E Old Mill Road**
**Tavares, FL 32778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Building Design Concepts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Daniel M. Copeland, PA**<br>**9310 Old Kings Road South**<br>**Suite 1501**<br>**Jacksonville, FL 32257** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _ | Basis for the claim:  **Attorney fees** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**David Naber Stone & Stucco**<br>**7350 SW 156 Place**<br>**Dunnellon, FL 34432** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,594.44** |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Ding-A-Ling Answering Svc**<br>**PO Box 187**<br>**Sparta, TN 38583** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.15** |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**DM Construction Limited, Inc**<br>**PO Box 561248**<br>**Orlando, FL 32856-1248** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,074.19** |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Eagle View Windows, Inc**<br>**PO Box 6905**<br>**Jacksonville, FL 32236** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,008.24** |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Elite Stucco & Construction**<br>**1116 9th Street North**<br>**Jacksonville Beach, FL 32250** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,435.00** |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**First Choice Supply**<br>**PO Box 936197**<br>**Dept 090052**<br>**Atlanta, GA 31193-6197** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,830.00** |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Building Design Concepts, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.32** |
|---|---|---|---|

**Floaters Portable Sanitation**
**13075 Lanier Road**
**Jacksonville, FL 32226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$368.00** |
|---|---|---|---|

**Flooring America, LLC**
**PO Box 56110**
**Jacksonville, FL 32241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Florida Door Solutions, Inc**
**777 S Park Avenue**
**Apopka, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$187.78** |
|---|---|---|---|

**Florida Pest Control**
**& Chemical Co**
**3762 NE 14th Street**
**Ocala, FL 34470-4944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Florida's Site Development**
**1850 Bluefish Place**
**Geneva, FL 32732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,309.22** |
|---|---|---|---|

**Gator Drywall**
**6919 Distribution Ave South**
**Suite 5**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,980.00** |
|---|---|---|---|

**Gemini Building Services LLC**
**1810 King Edward Drive**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Building Design Concepts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marc & Angie Hicks**
**321 Vale Drive**
**Saint Augustine, FL 32095**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Home construction contract 2012

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,246.25 |
|---|---|---|---|

**J & J Piping, LLC**
**2250 E Dana Drive**
**Deltona, FL 32738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,982.22 |
|---|---|---|---|

**JSM Masonry, LLC**
**1942 S US Highway 17**
**Crescent City, FL 32112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matt Kelley**
**2507 Wood Hill Drive**
**Jacksonville, FL 32256-0173**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Home construction contract 2014

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,316.20 |
|---|---|---|---|

**Labor Ready Southeast Inc**
**PO Box 740435**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard & Trisha Luciano**
**684 Promenade Pointe**
**Saint Augustine, FL 32095**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: Home construction contract 2014

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202,341.10 |
|---|---|---|---|

**William and Ellen Money**
**43 Costal Oaks Circle**
**Ponce Inlet, FL 32127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/13/15
Last 4 digits of account number _

Basis for the claim: Judgment

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Building Design Concepts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $86,720.65 |
|---|---|---|---|

**William and Ellen Money**
**43 Costal Oaks Circle**
**Ponce Inlet, FL 32127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/17/15

Last 4 digits of account number __

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**ODC Construction, LLC**
**1911 Traylor Blvd**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/02/13

Last 4 digits of account number __

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,014.00 |
|---|---|---|---|

**Palencia Business Center LLC**
**701 Market Street**
**Suite 111**
**Saint Augustine, FL 32095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joe Patalano**
**732 Promenade Pointe**
**Saint Augustine, FL 32095**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Home construction contract 2013**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul J. Cappiello, PA**
**1301 Plantation Island Dr S**
**Suite 302B**
**Saint Augustine, FL 32080**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Attorney fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,504.00 |
|---|---|---|---|

**Pinnacle Pavers**
**PO Box 7474**
**Daytona Beach, FL 32116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,265.00 |
|---|---|---|---|

**Precision Cleaning & More**
**2121 Corporate Square Blvd**
**Suite 165**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Building Design Concepts, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,234.08** |

**Quality Flooring**
**8640 Phillips Hwy**
**Suite 12**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Scott & Kim Searles**
**1910 North Loop Parkway**
**Saint Augustine, FL 32095**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Home construction contract 2014**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,850.20** |

**Setzer's**
**PO Box 24270**
**Jacksonville, FL 32241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,830.00** |

**Sims Aluminum Construction**
**PO Box 11825**
**Tampa, FL 33680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,152.20** |

**Southern Marble Manuf**
**3621 NW 27th Ave**
**Ocala, FL 34475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,493.00** |

**Southern Scapes, Inc**
**3938 State Road 16 West**
**Green Cove Springs, FL 32043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,167.62** |

**Strickland Supplies, Inc**
**8355 Arlington Expressway**
**Jacksonville, FL 32211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Building Design Concepts, Inc.**
Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,964.62 |

**Touch of Color of Central FL**
513 Bernandino Drive
Ocoee, FL 34761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,649.70 |

**Tri County Elec. Contractors**
11637 E Columbia Park Drive
Jacksonville, FL 32258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | | |
|---|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,944.00 |

**Tropic Aire of North FL, Inc**
9969 Old Kings Road
Jacksonville, FL 32219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,664.84 |

**Woodworx Construction LLC**
PO Box 35
Groveland, FL 34736

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Christopher M. Cobb, Esq**<br>**Jimerson & Cobb, PA**<br>**One Independent Drive**<br>**Suite 1400**<br>**Jacksonville, FL 32202** | Line __3.48__<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Jeffrey Begens, Esq.**<br>**Jeffrey Begens, PA**<br>**3507 Kyoto Gardens Drive**<br>**Suite 110**<br>**Palm Beach Gardens, FL 33410** | Line __3.39__<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **Jeffrey Begens, Esq.**<br>**Jeffrey Begens, PA**<br>**3507 Kyoto Gardens Drive**<br>**Suite 110**<br>**Palm Beach Gardens, FL 33410** | Line __3.40__<br><br>☐  Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Building Design Concepts, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.4 | **Peter B. Heebner, Esquire**<br>**523 North Halifax Avenue**<br>**Daytona Beach, FL 32218** | Line **3.39**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Peter B. Heebner, Esquire**<br>**523 North Halifax Avenue**<br>**Daytona Beach, FL 32218** | Line **3.40**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Scott & Kim Searles**<br>**116 Leaning Tree Drive**<br>**Saint Augustine, FL 32095** | Line **3.48**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 659,357.37 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 659,357.37 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Building Design Concepts, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Home construction contract, commencing 07/25/13** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **AnneMarie & Harold Alderman**<br>**1030 SW 95 Terrace**<br>**Pembroke Pines, FL 33025** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Home construction contract, commencing 10/30/14** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Richard & Katie Baxter**<br>**11901 Hilltop Drive**<br>**Clermont, FL 34711** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Home construction contract, commencing 02/05/14** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Steve & Pam Champney**<br>**428 Sebastian Square**<br>**Saint Augustine, FL 32095** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **36-month commercial lease, commencing 10/01/13, for property located at 11537 Lake Underhill Road, Orlando, FL 32825** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Harrington/Mishler, LLC**<br>**11501 Lake Underhill Road**<br>**Orlando, FL 32825** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Building Design Concepts, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Home construction contract, commencing 10/30/14** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Matt Kelley**<br>**2507 Wood Hill Drive**<br>**Jacksonville, FL 32256-0173** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Building Design Concepts, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City        State        Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City        State        Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City        State        Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City        State        Zip Code | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Building Design Concepts, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **12/15**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$314,793.90** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$3,516,745.85** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other  _____ | **$4,577,974.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor      **Building Design Concepts, Inc.**                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Belleview Building Materials**<br>**PO Box 128**<br>**Belleview, FL 34421** | **1/5/16** | **$12,050.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **Residential Elevators**<br>**2910 Kerry Forest Pkwy**<br>**D4-1**<br>**Tallahassee, FL 32309** | **1/8/16** | **$10,007.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **Cemex**<br>**PO Box 730197**<br>**Dallas, TX 75373** | **1/19/16,**<br>**3/17/16** | **$14,916.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **Koch and Co**<br>**1809 North Street**<br>**Seneca, KS 66538** | **1/19/16,**<br>**3/10/16** | **$6,819.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | **C. Sterling Roofing**<br>**4211 Shoal Line Blvd**<br>**Hernando Beach, FL 34607** | **1/27/16** | **$9,145.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | **Tri County Elec. Contractors**<br>**11637 E Columbia Park Drive**<br>**Jacksonville, FL 32258** | **1/28/16,**<br>**2/4/16,**<br>**2/10/16,**<br>**3/18/16** | **$39,529.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | **Jaguar Drywall of Ponte Vedra Inc**<br>**2180 Brighton Bay Trail**<br>**Jacksonville, FL 32246** | **2/3/16** | **$8,375.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. | **Builders First Source**<br>**Florida-WOL LLC**<br>**PO Box 277126**<br>**Atlanta, GA 30384** | **2/19/16** | **$10,683.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Building Design Concepts, Inc.**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Argos Ready Mix, LLC**<br>**Mail Code 5113**<br>**PO Box 660367**<br>**Dallas, TX 75266** | **3/23/16** | **$17,417.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Richard & Katie Baxter**<br>**11901 Hilltop Drive**<br>**Clermont, FL 34711** | **3/24/16** | **$10,084.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Refund to client** |
| 3.11. **All State Plumbing**<br>**540 East Minnehaha Ave**<br>**Clermont, FL 34711** | **1/8/16,**<br>**1/18/16,**<br>**3/8/16** | **$12,474.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Barry Reed Inc**<br>**1112 N Harbor Drive**<br>**Deltona, FL 32725** | **1/19/16,**<br>**2/10/16,**<br>**2/26/16,**<br>**3/10/16,**<br>**3/23/16** | **$14,976.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. **Gemini Building Services LLC**<br>**1810 King Edward Drive**<br>**Kissimmee, FL 34744** | **2/11/16,**<br>**3/10/16,**<br>**3/23/16** | **$13,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Southern Scapes, Inc**<br>**3938 State Road 16 West**<br>**Green Cove Springs, FL 32043** | **1/22/16,**<br>**3/3/16** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Touch of Color of Central FL**<br>**513 Bernandino Drive**<br>**Ocoee, FL 34761** | **1/8/16,**<br>**2/11/16,**<br>**2/24/16,**<br>**2/26/16,**<br>**3/14/16** | **$15,254.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Building Design Concepts, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Building Design Concepts, Inc., etc. v. William Money, et al.**<br>**2013 30926 CICI** | **Breach of contract** | **Circuit Court, Volusia County, FL**<br>**PO Box 6043**<br>**Deland, FL 32721-6043** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Building Design Concepts, Inc. v. Scott Searles, et al.**<br>**CA15-0805** | **Breach of contract** | **Circuit Court, St. Johns County, FL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Scott Searles, et al. v. Building Design Concepts Inc**<br>**CA15-1007** | **Transfer of Lien to Security** | **Circuit Court, St. Johns County, FL** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Building Design Concepts, Inc.**                                    Case number *(if known)*

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Faith Community Church**<br>**6801 S. East Street**<br>**Indianapolis, IN 46227** | **charitable contribution** | **Monthly** | **$500.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Shenandoah Baptist Church**<br>**7308 Pershing Avenue**<br>**Orlando, FL 32822** | **charitable contribution** | **Monthly** | **$500.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fisher Rushmer, P.A.**<br>**390 North Orange Avenue**<br>**Suite 2200**<br>**Orlando, FL 32801-1642** | | **03/16/16**<br>**03/18/16** | **$4,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Client Funding, Inc.** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Building Design Concepts, Inc.**                                       Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Client Funding, Inc** **2061 Crosshair Cr** **Orlando, FL 32837** | **Money transferred to Regions Bank checking account 0021, for the benefit of debtor** | **weekly, since Sep 2015** | **Unknown** |
| Relationship to debtor | | | |
| 13.2. **John Prince** | **2014 Transit Truck** | **Jan/Feb 2016** | **$17,700.00** |
| Relationship to debtor | | | |

## Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Debtor    **Building Design Concepts, Inc.**                                Case number *(if known)*

**Social security numbers**

Does the debtor have a privacy policy about that information?

■ No

☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo**<br>**101 S. Alafaya Trail**<br>**Orlando, FL 32828** | **XXXX-9975** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/2015 (had a negative balance of about $15,000)** | **$0.00** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **All Aboard Storage**<br>**1325 S Nova Road**<br>**Daytona Beach, FL 32114** | **Monty Anderson** | **Business signs and personal effects of Monty Anderson** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor  **Building Design Concepts, Inc.**                                     Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Sandra | 11537 Lake Underhill Road Orlando, FL 32825 | Couch | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Pitney Bowes | 11537 Lake Underhill Road Orlando, FL 32825 | Postage meter | Unknown |

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

  ■ No.
  ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
  List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    **Building Design Concepts, Inc.**                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Peggy Brehmer, CPA**<br>**900 W Jefferson St**<br>**Franklin, IN 46131** | **2014 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Peggy Brehmer, CPA**<br>**900 W Jefferson St**<br>**Franklin, IN 46131** | **2014 to present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Builders Insurance Group**<br>**PO Box 723099**<br>**Atlanta, GA 31139** | **2014 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Angie Norris**<br>**11537 Lake Underhill Road**<br>**Orlando, FL 32825** | |
| 26c.2.    **Monty Anderson**<br>**11537 Lake Underhill Road**<br>**Orlando, FL 32825** | |
| 26c.3.    **Peggy Brehmer, CPA**<br>**900 W Jefferson St**<br>**Franklin, IN 46131** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Building Design Concepts, Inc.**                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Monty Anderson** | **11537 Lake Underhill Road Orlando, FL 32825** | **President, Director, and Shareholder** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☑ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Monty Anderson 11537 Lake Underhill Road Orlando, FL 32825** | **Bi-weekly payments iao $3,846.15** | **03/15 - 03/16** | **Salary** |
| | Relationship to debtor **President** | | | |
| 30.2. | **Monty Anderson 11537 Lake Underhill Road Orlando, FL 32825** | **Monthly payments iao $698.28** | **01/16 - 03/16** | **Insurance compensation** |
| | Relationship to debtor **President** | | | |
| 30.3. | **Monty Anderson 11537 Lake Underhill Road Orlando, FL 32825** | **Monthly payments iao $648.46** | **03/15 - 12/15** | **Insurance compensation** |
| | Relationship to debtor **President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Building Design Concepts, Inc.**                                    Case number *(if known)*

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 25, 2016**

**/s/ Monty Anderson**                                    **Monty Anderson**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **Building Design Concepts, Inc.**                                   Case No.
                                            Debtor(s)           Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 25, 2016**                      **/s/ Monty Anderson**
                                            **Monty Anderson**/**President**
                                            Signer/Title

.

Building Design Concepts, Inc.
11537 Lake Underhill Road
Orlando, FL 32825

Barry Reed Inc
1112 N Harbor Drive
Deltona, FL 32725

Christopher M. Cobb, Esq
Jimerson & Cobb, PA
One Independent Drive
Suite 1400
Jacksonville, FL 32202

David R. McFarlin
Fisher Rushmer, P.A.
390 North Orange Avenue
Suite 2200
Orlando, FL 32801-1642

Richard & Katie Baxter
11901 Hilltop Drive
Clermont, FL 34711

CJS Aluminum, Inc
PO Box 574002
Orlando, FL 32857

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

BDC Builders, Inc.
11537 Lake Underhill Road
Orlando, FL 32825

D&D Garage Doors of Orlando
1177 Cattlemen Road
Sarasota, FL 34232

Florida Dept. of Revenue
Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314-6668

Brad & Carol Bennett
113 Hickory Hill Drive
Saint Augustine, FL 32095

D&S Home Centers, Inc
4206 N Orange Blossom Trail
Orlando, FL 32804

AnneMarie & Harold Alderman
1030 SW 95 Terrace
Pembroke Pines, FL 33025

Bright House
PO Box 31337
Tampa, FL 33631

D.E.O. Construction, Inc
29319 E Old Mill Road
Tavares, FL 32778

All State Plumbing
540 East Minnehaha Ave
Clermont, FL 34711

Builders First Source
Florida-WOL LLC
PO Box 277126
Atlanta, GA 30384

Daniel M. Copeland, PA
9310 Old Kings Road South
Suite 1501
Jacksonville, FL 32257

Allan Chow - Exeter Systems
837 Maple Tree Lane
Orlando, FL 32828

Builders First Source
Florida LLC
6550 Roosevelt Blvd
Jacksonville, FL 32244

David Naber Stone & Stucco
7350 SW 156 Place
Dunnellon, FL 34432

American Residential Product
3905 Center Loop #300
Orlando, FL 32808

Campbell Quality Homes
& Roofing Inc
5950 Rocko Road
Port Orange, FL 32127

Ding-A-Ling Answering Svc
PO Box 187
Sparta, TN 38583

Bachara Const Law Group
One Independent Drive
Suite 1800
Jacksonville, FL 32202

Steve & Pam Champney
428 Sebastian Square
Saint Augustine, FL 32095

DM Construction Limited, Inc
PO Box 561248
Orlando, FL 32856-1248

Eagle View Windows, Inc
PO Box 6905
Jacksonville, FL 32236

Elite Stucco & Construction
1116 9th Street North
Jacksonville Beach, FL 32250

First Choice Supply
PO Box 936197
Dept 090052
Atlanta, GA 31193-6197

Floaters Portable Sanitation
13075 Lanier Road
Jacksonville, FL 32226

Flooring America, LLC
PO Box 56110
Jacksonville, FL 32241

Florida Door Solutions, Inc
777 S Park Avenue
Apopka, FL 32703

Florida Pest Control
& Chemical Co
3762 NE 14th Street
Ocala, FL 34470-4944

Florida's Site Development
1850 Bluefish Place
Geneva, FL 32732

Ford Credit
PO Box 650575
Dallas, TX 75265-0575

Gator Drywall
6919 Distribution Ave South
Suite 5
Jacksonville, FL 32256

Gemini Building Services LLC
1810 King Edward Drive
Kissimmee, FL 34744

Harrington/Mishler, LLC
11501 Lake Underhill Road
Orlando, FL 32825

Marc & Angie Hicks
321 Vale Drive
Saint Augustine, FL 32095

J & J Piping, LLC
2250 E Dana Drive
Deltona, FL 32738

Jeffrey Begens, Esq.
Jeffrey Begens, PA
3507 Kyoto Gardens Drive
Suite 110
Palm Beach Gardens, FL 33410

JSM Masonry, LLC
1942 S US Highway 17
Crescent City, FL 32112

Matt Kelley
2507 Wood Hill Drive
Jacksonville, FL 32256-0173

Labor Ready Southeast Inc
PO Box 740435
Atlanta, GA 30374

Richard & Trisha Luciano
684 Promenade Pointe
Saint Augustine, FL 32095

William and Ellen Money
43 Costal Oaks Circle
Ponce Inlet, FL 32127

ODC Construction, LLC
1911 Traylor Blvd
Orlando, FL 32804

Palencia Business Center LLC
701 Market Street
Suite 111
Saint Augustine, FL 32095

Joe Patalano
732 Promenade Pointe
Saint Augustine, FL 32095

Paul J. Cappiello, PA
1301 Plantation Island Dr S
Suite 302B
Saint Augustine, FL 32080

Peter B. Heebner, Esquire
523 North Halifax Avenue
Daytona Beach, FL 32218

Pinnacle Pavers
PO Box 7474
Daytona Beach, FL 32116

Precision Cleaning & More
2121 Corporate Square Blvd
Suite 165
Jacksonville, FL 32216

Quality Flooring
8640 Phillips Hwy
Suite 12
Jacksonville, FL 32256

Tri County Elec. Contractors
11637 E Columbia Park Drive
Jacksonville, FL 32258

Scott & Kim Searles
1910 North Loop Parkway
Saint Augustine, FL 32095

Tropic Aire of North FL, Inc
9969 Old Kings Road
Jacksonville, FL 32219

Scott & Kim Searles
116 Leaning Tree Drive
Saint Augustine, FL 32095

Woodworx Construction LLC
PO Box 35
Groveland, FL 34736

Setzer's
PO Box 24270
Jacksonville, FL 32241

Sims Aluminum Construction
PO Box 11825
Tampa, FL 33680

Southern Marble Manuf
3621 NW 27th Ave
Ocala, FL 34475

Southern Scapes, Inc
3938 State Road 16 West
Green Cove Springs, FL 32043

Strickland Supplies, Inc
8355 Arlington Expressway
Jacksonville, FL 32211

Touch of Color of Central FL
513 Bernandino Drive
Ocoee, FL 34761

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

                                                    Chapter 7
Building Design Concepts, Inc.,                     Case No.: 6:16-bk-
dba Monty Anderson Construction Group,
fka Building Designs & Consulting Inc.,
fdba Castle Homes of Florida,

             Debtor.
_____/

## STATEMENT OF COMPENSATION
## UNDER 11 U.S.C. §329 AND F.R.B.P. 2016(b)

Fisher Rushmer, P.A. ("Fisher") makes this statement pursuant to 11 U.S.C. §329 and

F.R.B.P. 2016(b):

1.    <u>Compensation Paid or Agreed to be Paid</u>.  After one year before the date of the

filing of the petition in this case, compensation was paid or agreed to be paid to Fisher for

services rendered or to be rendered by Fisher in contemplation of or in connection with this case

as follows:

             a.    $4,500.00 was paid for the Chapter 7 services, including costs;

             b.    fees for services other than Chapter 7 services are to be computed on the

basis of time expended charged at the prevailing hourly rates for Fisher.

2.    <u>Source of Compensation</u>.  The source of the foregoing compensation is Client

Funding, Inc.

3.      <u>Sharing</u>.   Fisher has not shared or agreed to share the compensation with any entity other than with members and regular associates of Fisher.

Dated: March 25, 2016.

    /s/ David R. McFarlin
_____
David R. McFarlin
Florida Bar No. 328855
Fisher Rushmer, P.A.
390 N. Orange Avenue, Suite 2200
Post Office Box 3753
Orlando, FL 32801
Telephone (407) 843-2111
Facsimile (407) 422-1080
dmcfarlin@fisherlawfirm.com
Attorney for Debtor

2

**United States Bankruptcy Court**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re    **Building Design Concepts, Inc.** _____    Case No. _____

                                    Debtor(s)         Chapter    7

CORPORATE OWNERSHIP STATEMENT

Building Design Concepts, Inc., debtor, pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1, states that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests:

■ None [*Check if applicable*]

Building Design Concepts, Inc.

3/24/16
Date                                          By: _____

                                          Monty Anderson, President